**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>DONALD C. KUPPERSTEIN<br><br>Debtor | Chapter 7<br>Case No. 18-10098-MSH |
| IRENE B. SCHALL,<br>Successor Personal Representative<br>of the Estate of Fred W. Kuhn,<br><br>Plaintiff<br><br>v.<br><br>DONALD C. KUPPERSTEIN<br><br>Defendant | Adversary Proceeding<br>No. 18-01100-MSH |

**ORDER ON JOINT MOTION FOR SUMMARY JUDGMENT**

The above plaintiff, Irene B. Schall, as the personal representative of Fred W. Kuhn's probate estate, and the Executive Office of Health and Human Services of the Commonwealth of Massachusetts ("EOHHS"), each commenced separate adversary proceedings, filing multi-count complaints with common factual allegations against the defendant, Donald C. Kupperstein, who is the debtor in the main case. Among other counts, each plaintiff's complaint contains a count seeking to have Mr. Kupperstein's bankruptcy discharge denied under Bankruptcy Code § 727(a)(4)(A). The two adversary proceedings were consolidated for a trial on those counts. Ms. Schall and EOHHS have filed a joint motion for summary judgment as to each proceeding.

In accordance with the memorandum of decision issued today, Ms. Schall is granted summary judgment on count IV of her complaint. Accordingly, Mr. Kupperstein is not entitled

1

2

to a discharge, and thus, no discharge will be granted in the main case.  *See* 11 U.S.C. § 727(a)(4)(A).

Dated: January 21, 2021                                                                                   By the Court,

_____
Melvin S. Hoffman
U.S. Bankruptcy Judge

2