UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re | |
|---|---|
| Donald C. Kupperstein<br>Debtor | Docket No.: 18-10098-MSH<br>Chapter 7 |
| Irene B. Schall, Successor Personal Representative, etc.,<br>Plaintiff,<br>v.<br>Donald Kupperstein,<br>Defendant | ADVERSARY PROCEEDING<br>No: 18-01100-MSH |
| Executive Office of Health and Human Services of the Commonwealth of Massachusetts,<br>Plaintiff,<br>v.<br>Donald Kupperstein,<br>Defendant | ADVERSARY PROCEEDING<br>No: 18-01101-MSH |

## DESIGNATION OF RECORD

Donald Kupperstein, appellant, hereby designates the following documents as constituting the record on appeal in the above captioned Adversary Proceedings.

| Case No. 18-01100 Docket No: | Case No. 18-01101 Docket No. | Date | Description |
|---|---|---|---|
| 1 | 1 | 7/16/2018 | Complaint, with all attachments |
| 32 | 30 | 11/1/2019 | Answer |
| 90 and 90.1 | 78 and 78.1 | 4/14/2020 | Kupperstein motion for summary judgment |
| 94 and 94.1 | 82 and 82.1 | 5/13/2020 | Joint opposition to Kupperstein motion |
| 95 | 83 | 5/18/2020 | Kupperstein Statement of Undisputed Facts |
| 96 and 96.1 | 84 and 84.1 | 5/19/2020 | Joint motion of plaintiffs for summary judgment |
| 97 and all attachments | 85 | 5/19/2020 | Joint memorandum in support of plaintiffs' joint motion |
| 98 | 86 and 86.1 | 5/19/2020 | Affidavit of Paul T. O'Neill |
| 104 and attachments | 92 and attachments | 5/27/2020 | Plaintiffs' joint statement of Facts |
| 122 | 110 | 6/19/2020 | Kupperstein's Response to joint statement of facts |
| 123 | 111 | 6/19/2020 | Kupperstein's motion to file #122 late |
| 124 | 112 | 6/22/2020 | Order denying #123 |
| 126 | 114 | 9/23/2020 | Kupperstein's motion to cite additional authority |
| 127 | 115 | 10/09/2020 | Endorsement order allowing #126 |
| 129 | 117 | 1/21/2021 | Memorandum of Decision denying discharge |
| 130 | 118 & 119 | 1/21/2021 | Order denying discharge |
| 136 | 123 | 2/4/2021 | Notice of Appeal |
| | | | Transcript of hearing held on 6/16/2020 |
| | | | Docket of both proceedings |

Dated: February 5, 2021

                              Respectfully submitted,
Donald Kupperstein, appellant,
By his attorney,

/s/ *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue Room 317
Boston, MA    02115
617-340-3680
BBO# 634889
david@bostonbankruptcy.org

### Certificate of Service

The undersigned states upon information and belief that the within Statement was served upon the plaintiffs by the court's CM/ECF system on the date set forth above.

/s/ *David G. Baker*
David G. Baker, Esq.

- Roger Stanford on behalf of Plaintiff Irene B Schall
  rstanford@msmw-law.com, G12346@notify.cincompass.com

- Paul O'Neill on behalf of Plaintiff Executive Office of Health & Human Services
  paul.o'neill@state.ma.us